IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:20-cv-02966

**MARIA HOOKS**,

    Plaintiff,

v.

**WAL-MART STORES, INC.**,

    Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL

---

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Walmart, Inc., by and through its counsel, Ashley R. Larson and Joseph E. Okon, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    Walmart, Inc. ("Wal-Mart") is the Defendant in the above titled action, originally filed in the District Court, El Paso County, Colorado, Case No. 2020CV31417.  On or about August 7, 2020, Plaintiff, Maria Hooks ("Ms. Hooks") filed her original Complaint and Jury Demand in El Paso County District Court, Colorado.  *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**. On August 19, 2020, Plaintiff first her First Amended Complaint and Jury Demand.  *See generally* Plaintiff's First Amended Complaint and Jury Demand, **Exhibit H**. On September 21, 2020, Plaintiff filed her Second Amended Complaint and Jury Demand.  *See*

*generally* Plaintiff's Second Amended Complaint and Jury Demand, **Exhibit J**. The Second Amended Complaint seeks recovery of damages as to Wal-Mart based on allegations of premises liability. *Id*.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Hooks is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1. Defendant Wal-Mart is a citizen of the state of Arkansas. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 2.

4. The amount in controversy exceeds $75,000. In Plaintiff's District Court Civil (CV) Case Cover Sheet, **Exhibit C**, Plaintiff states she seeks more than $100,000 in damages. *See* **Exhibit C** at 3; *Paros Properties, LLC v. Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the cover sheet."). Moreover, Plaintiff asserts she "sustained serious injuries, including, but not limited to knee injury, ankle injuries, damages to a pain stimulator previously implanted, and a torn MCL." *See* **Exhibit C**, ¶ 14. Plaintiff further asserts she "suffered non-economic damages, including, but not limited to, physical pain and suffering, an impaired quality of life, permanent impairment, and economic damages, including, but not limited to, medical expenses and loss of income. . ." *Id*. at WHEREFORE paragraph.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Wal-Mart has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. Wal-Mart was served with Plaintiff's original Complaint and Jury Demand in this matter on September 1, 2020. *See* **Exhibit D**. Thus, Wal-Mart's Notice of Removal is due October 1, 2020.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of El Paso. *See* **Exhibit E**. The process, pleadings, and orders are captioned as follows:

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit F**   Summons to Wal-Mart Stores, Inc (Bentonville AR)

**Exhibit A**   Plaintiff's Original Complaint and Jury Demand;

**Exhibit D**   Return of Service regarding Wal-Mart.

**Exhibit H**   First Amended Complaint

**Exhibit I**   First Amended Civil Case Cover Sheet

**Exhibit J**   Second Amended Complaint

**Exhibit K**   Second Amended Civil Case Cover Sheet

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of El Paso.   Wal-Mart has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of El Paso in Civil Action No. 2020CV31417.  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit G**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Walmart, Inc. respectfully requests that this case be removed from the District Court for the County of El Paso, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 1st day of October 2020.

> */s/   Joseph E. Okon*
> Ashley R. Larson
> Joseph E. Okon
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:   303-730-6204
> Facsimile:   303-730-6208
> E-Mail:   alarson@suttonbooker.com;
> jokon@suttonbooker.com
> ***Attorneys for Defendant, Walmart, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2020, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Larry Schneider
Breann J. Plasters
Larson Larimer Schneider PC
8400 E. Prentice Ave., Ste 150
Greenwood Village CO  80111

/s/   Krystle L. Young
*A duly signed original is on file at*
*Sutton | Booker | P.C.*